ALEXANDER MCGUIRE, Respondent, *v.* TRUE W. ROLLINS, Appellant.

(Argued May 23, 1876; decided May 30, 1876.

*John J. Perry* for the appellant.

*Samuel Hand* for the respondent.

Agree to affirm. No opinion.

All concur.

Judgment affirmed.